**TEXAS & NEW ORLEANS RAILROAD COMPANY et al., Appellants, v. A. L. EAST et al., Appellees.**

No. 9905.

Court of Civil Appeals of Texas. San Antonio.

Dec. 23, 1936.

Rehearing Denied Feb. 11, 1937.

John C. North and R. B. King, both of Corpus Christi, for appellant.

Perkins & Floyd, of Alice, for appellee.

MURRAY, Associate Justice.

This is the third appeal of this cause. See (Tex.Civ.App.) 57 S.W.(2d) 175, and (Tex.Civ.App.) 74 S.W.(2d) 1052.

Finding no reversible error herein, the judgment will be affirmed without written opinion. Associated Indemnity Corporation et al. v. Gatling (Tex.Civ.App.) 75 S. W.(2d) 294.